SAMUEL LEVINE, Appellant, v. HOEGGER, HAUPT & KOHN CORPORATION,

Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.